v.

## LIFE360, INC., Defendant-Appellee

2016-1332

United States Court of Appeals, Federal Circuit.

March 20, 2017

## MOTOROLA MOBILITY LLC, Appellant

v.

## INTELLECTUAL VENTURES I LLC, Cross-Appellant

2016-1401
2016-1404

United States Court of Appeals, Federal Circuit.

March 20, 2017

MITCHELL G. STOCKWELL, Kilpatrick Townsend & Stockton LLP, Atlanta, GA, argued for appellant. Also represented by STEVEN MOORE, San Francisco, CA; DARYL

JOSEFFER, King & Spalding LLP, Washington, DC.

BRENTON R. BABCOCK, Knobbe, Martens, Olson & Bear, LLP, Irvine, CA, argued for cross-appellant. Also represented by EDWARD M. CANNON.

(Newman, Taranto, and Chen, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**